### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS
### (Kansas City Docket)

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**v.**                                       Case No. 19-CR-20042-01-CM/JPO

**CHRISTOPHER ROSSMAN,**

        **Defendant.**

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT 1

On or about September 9, 2016, in the District of Kansas, the defendant,

**CHRISTOPHER ROSSMAN,**

knowingly possessed at least one matter which contained any visual depiction of a minor that had been mailed, or had been shipped or transported using any means or facility of interstate and foreign commerce or in or affecting interstate and foreign commerce, or which was produced using materials which had been mailed and so shipped and transported by any means including by computer, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256, and such visual depictions were of such conduct.

This was in violation of Title 18, United States Code, Section 2252(a)(4)(B).

### FORFEITURE ALLEGATION

1.  The allegations contained in Count 1 of the Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253, and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense identified in Count 1, the defendant,

**CHRISTOPHER ROSSMAN,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253 and Title 28, United States Code, Section 2461(c), any property that was used and intended to be used to commit and to facilitate the commission of the offenses stated in Count 1. Such property includes:

- Samsung Galaxy Model: SM-T813 with case.

s/Stephen R. McAllister
STEPHEN R. MCALLISTER
United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas 66101
(913) 551-6730
(913) 551-6541 (fax)
Stephen.McAllister@usdoj.gov
Ks. S. Ct. No. 15845

(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

**PENALTIES:**

Ct. 1:   18 U.S.C. § 2252(a)(4)(B)
Possession of Child Pornography

- NMT 10 Years Imprisonment
- NLT 5 Years and NMT Life of Supervised Release
- NMT $250,000 Fine
- $100 Special Assessment
- $5,000 JVTA Assessment
- Forfeiture Allegation