IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**  Case No. 19-20042
             **Plaintiff,**

v.

**CHRISTOPHER ROSSMAN,**
             **Defendant.**

### ENTRY OF APPEARANCE

**COMES NOW** W. Scott Toth, Garretson & Toth, LLC, and enters his appearance on behalf of Defendant, Christopher Rossman, in the above-captioned matter.

Respectfully submitted,
GARRETSON & TOTH, LLC


/s/W. Scott Toth
W. Scott Toth, #13769
105 East Park
Olathe, Kansas 66061
Telephone:    (913) 948-6682
Facsimile:    (913) 948-6681
scott@garretsontoth.com

### CERTIFICATE OF SERVICE

In accordance with Rule 49(a)(b), and (d), Fed.R.Crim.P., and Rule 5(b), Fed.R.Civ.P., it is hereby CERTIFIED that this document was electronically filed on this 17th day of July, 2019, and that the foregoing was sent via e-mail by the Electronic Filing System to: United States Attorney, 500 State Avenue, Kansas City, Kansas 66101.

Garretson & Toth, LLC,


/s/ W. Scott Toth
W. Scott Toth